UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BIJAN RAZILOU,<br><br>                    Plaintiff,<br><br>v.<br><br>V THEATER GROUP, LLC, et al.,<br><br>                    Defendants. | Case No. 2:14-cv-01160-RCJ-PAL<br><br>ORDER<br><br>(Mtn for Demand of Security – Dkt. #14) |

This matter is before the court on Defendants V Theater Group, LLC's; Saxe Productions, Inc.'s, David Saxe Productions, LLC's, Saxe Management, LLC's, and David Saxe's Motion for Demand for Security of Costs (Dkt. #14) filed August 6, 2014. The court has considered the Motion and Plaintiff Bijan Razilou's Notice of Non-Opposition (Dkt. #24) filed August 25, 2014.

Defendants seek an order, pursuant to NRS 18.130, directing Plaintiff, a non-resident of the state of Nevada, to deposit a $500.00 bond for each Defendant with the Clerk of the Court, for a total deposit of $2500.00. Plaintiff does not oppose this request, but represents the Clerk will not accept Plaintiff's post of security without an order.

Having reviewed and considered the matter and good cause appearing,

**IT IS ORDERED** that Defendants' Motion for Demand of Security (Dkt. #14) is GRANTED. Plaintiff shall deposit $500.00 for each Defendant, for a total deposit of $2500.00, no later than **September 26, 2014.**

Dated this 26th day of August, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE